UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INDICTMENT FOR POSSESSION OF CHILD PORNOGRAPHY
AND FORFEITURE

---

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 12- 127-BAJ-DLD |
| *versus* : | |
| : | 18 U.S.C. § 2252(a)(4)(B) |
| THOMAS L. MILLS, V : | 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about September 28, 2009, in the Middle District of Louisiana, **THOMAS L. MILLS, V**, defendant herein, knowingly possessed a Western Digital computer hard drive, model WD1600JB, bearing serial number WNANM7413989, which contained visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and which were produced using materials which had been shipped and transported in interstate and foreign commerce, by any means, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions are of such conduct.

The above is a violation of Title 18, United States Code, Section 2252(a)(4)(B).

**COUNT TWO**

On or about September 28, 2009, in the Middle District of Louisiana, **THOMAS L. MILLS, V**, defendant herein, knowingly possessed an Office Depot DVD-RW, which contained visual depictions that had been shipped and transported using a means and facility

BAJ   Le
DLD   USA
USM   USPO

of interstate and foreign commerce, and which were produced using materials which had been shipped and transported in interstate and foreign commerce, by any means, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions are of such conduct.

The above is a violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION

Upon conviction of any of the above charged offenses, **THOMAS L. MILLS, V**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all matter which contains visual depictions possessed, produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Section 2252; any property constituting or traceable to gross profits or other proceeds the defendant obtained directly or indirectly as a result of the above charged offenses; and any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offenses.

| UNITED STATES OF AMERICA, by | A TRUE BILL |
|---|---|
| _____ <br> DONALD J. CAZAYOUX, JR. <br> UNITED STATES ATTORNEY | _____ <br> GRAND JURY FOREPERSON |
| _____ <br> CAM T. LE <br> ASSISTANT U.S. ATTORNEY | 8/15/2012 <br> DATE |

# Criminal Cover Sheet       U.S. District Court

**Place of Offense:**                            **Matter to be sealed:**   No   X Yes

City        Zachary, LA              **Related Case Information:**

County/Parish   East Baton Rouge          Superseding Indictment _____   Docket Number _____
                                          Same Defendant _____   New Defendant  X
   ICE-Rick Estopinal                     Magistrate Case Number _____
                                          Search Warrant Case No. _____
                                          R 20/ R 40 from District of_____
                                          **Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name:    Thomas L. Mills, V
Alias:


**U.S. Attorney Information:**

AUSA  Cam T. Le    Bar #   BBO 663328


**Interpreter:**  ☒ No   ☐ Yes      **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____  Already in Federal Custody as of  _____
_____  Already in State Custody
_____  On Pretrial Release

**U.S.C. Citations**

Total # of Counts:   2        ☐ Petty    ☐ Misdemeanor    ☒ Felony

|       | **Index Key/Code**        | **Description of Offense Charged** | **Count(s)** |
|-------|---------------------------|------------------------------------|--------------|
| set 1 | 18 U.S.C. §2252(a)(4)(B)  | Possession of Child Pornography    | 1,2          |
| set 2 |                           |                                    |              |
| set 3 |                           |                                    |              |
| set 4 |                           |                                    |              |

Date:   8-15-12         Signature of AUSA:   Cam Le

**District Court Case Number (To be filled in by deputy clerk):** _____