## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 12-127-BAJ-EWD |
| | : | |
| THOMAS L. MILLS, V | : | |

## MOTION TO SUBSTITUTE COUNSEL

The United States of America hereby moves this Court to substitute Eli J. Abad, Assistant United States Attorney, in the place and stead of Cam T. Le, Assistant United States Attorney, as its attorney in this criminal action. The United States represents that the substitution is necessary because Cam T. Le is no longer employed with the United States Attorney's Office for the Middle District of Louisiana.

WHEREFORE, for the foregoing reason, the United States prays for the entry of an order substituting Eli J. Abad, Assistant United States Attorney, as the attorney for the United States in this action.

        UNITED STATES OF AMERICA, by

        BRANDON J. FREMIN
        UNITED STATES ATTORNEY


        /s/ Cam T. Le
        Cam T. Le, MA 663328
        Assistant United States Attorney
        53 Pleasant Street, 4th Floor
        Concord, NH 03301
        Telephone: (603) 225-1552
        Fax: (603) 225-1470
        E-mail: cam.le@usdoj.gov


        /s/ Eli J. Abad
        Eli J. Abad, LBN 34412
        Assistant United States Attorney
        777 Florida Street, Suite 208
        Baton Rouge, Louisiana  70801
        Telephone: (225) 389-0443
        Fax: (225) 389-0561
        E-mail: eli.abad@usdoj.gov

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 12-127-BAJ-EWD |
| | : | |
| THOMAS L. MILLS, V | : | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the within *United States' Motion to Substitute Counsel* has been filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel of record via operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 25th day of October, 2018.

/s/ Cam T. Le
Cam T. Le, MA 663328
Assistant United States Attorney

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 12-127-BAJ-EWD |
| | : | |
| THOMAS L. MILLS, V | : | |

## **ORDER**

The United States of America's Motion to Substitute Counsel considered, and for good cause shown,

IT IS ORDERED that Assistant United States Attorney Eli J. Abad is hereby substituted as counsel for the United States of America in the place and stead of Cam T. Le.

Baton Rouge, Louisiana, this _____ day of October, 2018.

_____
BRIAN A. JACKSON, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA