| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| VS § | Criminal No. 3:12-CR-127 |
| THOMAS LILLEY MILLS, Defendant § | |
| § | |

RECEIVED
APR 19 2019
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

## MOTION REQUESTING IMMEDIATE RELEASE
## ILLEGAL DETENTION

Now comes defendant, Thomas L. Mills, a Federal Prisoner, pro-se and hereby submits this MOTION REQUESTING IMMEDIATE RELEASE after the State of Louisiana DISMISSED all Criminal charges against the defendant after finding that there was no evidence that suggested that a criminal act had taken place and the detention was unlawful.

On or around October 22, 2018, Zachary City Police Department detained the defendant for Criminal Trespassing and later released him with a Citation for said Trespassing and provided him with a date to appear before a Judge.

On October 26, 2018, the defendant was taken into custody by the U.S. Marshals Service by order of the defendant's Probation Officer and was taken to the West Baton Rouge Detention Center pending a Revocation Hearing.

In early November 2018, the defendant was brought before a Magistraite judge and was subsequently DENIED bond pending the Revocation hearing, which was set for December 2018.

In December 2018, the defendant was brought before the Chief District Judge to conduct the Revocation Hearing. At that time the U.S. Probation Department Supervising Officer submitted their support for Revocation and at that time, the Hon. Revoked the defendant's Supervised Release and sentenced him to 18 months of incarceration in a federal correctional institution.

On February 20, 2019, a hearing was held in the Zachary City Courthouse on the Criminal Trespass charge and at that time the Judge was forced to DISMISS the chrages of criminal conduct based on evidence which suggested that the Traffic Stop and Detention of Mr. Mills was improper and illegal, therefore the citations were DISMISSED.

Therefore, since the Zachary City Court Dismissed the Criminal charges against the defendant based on a lack of evidence and illegal detention, the Revocation Of Supervised Release was improperly imposed, thus the defendant should be Released Immediately and his Supervised Release should be re-instated.

WHEREFORE; the defendant prays that this court will GRANT this REQUEST FOR IMMEDIATE RELEASE based on the facts stated herein and conduct an Emergency Custody Hearing to determine if the defendant should be released as requested. The defendant also prays that the court will APPOINT COUNSEL to assist with this matter.

Signed on this 15th day of April, 2019.    Respectfully,

⇔06223-095⇔
Thomas L Mills V
#06223-095
* Fcc-Low Beaumont
PO Box 26020; Dorm VA
Beaumont, TX 77720-6020
United States

Thomas L Mills, V

Pg 2

⇔06223-095⇔
Thomas L Mills V
#06223-095
* Fcc-Low Beaumont
PO Box 26020; Dorm VA
Beaumont, TX 77720-6020
United States

NORTH HOUSTON TX 775
16 APR 2019 PM 8 L





U.S. MARSHAL
OK
CLEARED

⇔06223-095⇔
Us Fed Dist Crt
5th Cir Mid Dist LA
* Clerk of Court
777 Florida St; Ste 139
Baton Rouge, LA 70801
United States

70801-176699